# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

**In re**

FRANCISCO ARMANDO SHERMAN                                    Bankruptcy Case No. 05-47025-JWV

**Debtor(s)**

FRANCISCO ARMANDO SHERMAN

**Plaintiff**

Adversary Proceeding No. 05-4166-JWV

MOHELA; SALLIE MAE, INC.; U.S. DEPARTMENT OF EDUCATION; STUDENT LOAN MARKETING ASSOCIATION; AMERICAN EDUCATION SYSTEMS (AES) KEY CORP. TRUST; COLORADO STUDENT LOANS; EDUCATION RESOURCES INSTITUTE dba TERI; MISSOURI DEPARTMENT OF HIGHER EDUCATION; NELNET and WELLS FARGO BANK

**Defendant(s)**

## SUMMONS AND NOTICE OF TRIAL IN AN
## ADVERSARY PROCEEDING - ELECTRONIC CASE

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> The Western District of Missouri requires electronic filing in cases assigned to the Electronic Case Filing (ECF) project. This is an ECF case. Documents should be filed via the Internet. To obtain an ECF login and password, contact the HELP LINE.
>
> ECF Web Site:   http://ecf.mowb.uscourts.gov
> ECF HELP LINE:          1-800-466-9302

Plaintiff's attorney will receive automatic electronic notice of your answer when it is filed electronically with the court.

| Name, Address, and e-mail address of Plaintiff's Attorney: | Erlene W. Krigel
4550 Belleview Ave.
Kansas City, MO  64111
email:  ekrigel@krigelandkrigel.com |
|---|---|

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **400 E. Ninth Street
Kansas City, MO  64106** | **Bankruptcy Courtroom 6A** |
|---|---|
| | **Date and Time
JANUARY  17, 2006 at 1:30 p.m.** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

PATRICIA L. BRUNE
Clerk of the Bankruptcy Court

November 1, 2005                                              By: /s/ Debbie L. Harden
       Date                                                        Deputy Clerk

(This summons has been reproduced electronically.  Questions about its authenticity should be directed to the U.S. Bankruptcy Court, Western District of Missouri, 816-512-1800 from 9:00 am to 4:30 pm Central Standard Time from Monday through Friday.

Adv. Case No. 05-4166-JWV

**CERTIFICATE OF SERVICE**

I, _____, certify that I am, and at all times during the service
      (name)
of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:
    (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                                                 (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.


_____                              _____
*Date*                                                *Signature*

| Print Name |
| Business Address |
| City                State                Zip |