## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| FRANCISCO ARMANDO SHERMAN, | ) | CASE NO. 05-47025-jwv |
| | ) | |
| Debtor. | ) | |
| | ) | |
| FRANCISCO ARMANDO SHERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADV. NO. 05-4166-jwv |
| vs. | ) | |
| | ) | |
| MOHELA, et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER FOR JUDGMENT

Upon consideration of the parties' Stipulation for Judgment, it is:

ORDERED, ADJUDGED AND DECREED that the debt due and owing by Plaintiff to Defendant Sallie Mae can be discharged pursuant to 11 U.S.C. § 523 (a)(8) of the United States Bankruptcy Code. It is

FURTHER ORDERED, ADJUDGED AND DECREED that the debt owed to Sallie Mae is hereby discharged.

SO ORDERED this 2nd day of AUGUST, 2007.

/s/ Jerry W. Venters
Bankruptcy Judge

Submitted by:

/s/Mark J. Schultz
Mark J. Schultz, Esq., MO#35066
9140 Ward Parkway, Suite 200
Kansas City, Missouri 64114
(816) 822-8100 Telephone
(816) 822-8222 Facsimile
mark@gallas-schultz.com
ATTORNEY FOR DEFENDANT
SALLIE MAE, INC.

/s/Erlene W. Krigel
Erlene W. Krigel,           MO #29416
Krigel & Krigel, P.C.
4550 Belleview
Kansas city, MO  64111
ATTORNEY FOR PLAINTIFF
FRANCISCO ARMANDO SHERMAN